AO 442   (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ TEXAS

**08-462-M-01**

UNITED STATES OF AMERICA

**FILED**

**JUL 31 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

JEFF HENRY WILLIAMSON          Case Number:   H-08-494-M

**WARRANT FOR ARREST**

Sealed

while and unofficial staff access
to this instrument are
restricted by court order.

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ JEFF HENRY WILLIAMSON

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of          ☐ Violation Notice

charging him or her with          (brief description of offense)

transmitting in interstate commerce a communication containing a threat to injure the person of FBI Director Robert
Mueller and FBI employees located at the J. Edgar Hoover Building, Washington, DC,

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 875(c) _____ .

Calvin Botley
Name of Issuing Officer

_____
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

July 1, 2008 @ Houston, TX
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant. |

| DATE RECEIVED 7-31-08 | NAME AND TITLE OF ARRESTING OFFICER Per Recording Officer DUSM D. L. Tolliver | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO91 (Rev. 1/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__SOUTHERN__                DISTRICT OF                __TEXAS__

UNITED STATES OF AMERICA
V.
JEFF HENRY WILLIAMSON

**FILED**

JUL 3 1 2008

NANCY MAYER WHITINGTON, CLERK
U.S. DISTRICT COURT

United States Courts
Southern District of Texas
FILED

JUL 0 1 2008

Michael N. Milby, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: H-08-494 M

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

I, the undersigned complainant, state that the following is true and correct to the best of my

knowledge and belief.  On or about __June 27, 2008__ in __Harris__ County, in
                                   (Date)

the Southern District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*

transmitted in interstate commerce a communication containing a threat to injure the person of FBI Director Robert
Mueller and FBI employees located at the J. Edgar Hoover Building, Washington, DC

in violation of Title __18__ United States Code, Section(s) __875(c)__ .

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the
                                        Official Title

facts related in the affidavit attached hereto and made a part of this complaint.

Signature of Complainant

Christopher Petrowski, Special Agent, FBI
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 1, 2008
Date

at __Houston, Texas__
     City and State

Calvin Botley, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

08-462-M-01

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

<u>AFFIDAVIT</u>

I, Christopher Petrowski, being duly sworn, do hereby depose and state:

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such.  I have been a Special Agent with the FBI for thirteen years, and am currently assigned to the Houston Division, Squad CR-3.  Squad CR-3, a joint FBI and Houston Police Department (HPD) Violent Crime Task Force, is responsible for the investigation of, among other violent crimes, kidnaping, extortion, murder for hire, assaults of federal officers, bank robbery, and serial murders.  The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of this investigation.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crime charged.  Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

2.  On June 11, 2008, I began my involvement in this investigation when District Office Security Manager, Sharon R. White, United States Attorneys Office, Southern District of Texas, contacted your affiant regarding a threat made to United States Attorney (USA)

Don DeGabrielle. DOSM White is a Security Manager with the USAO, and contacted your affiant only after assessing the aforementioned threat to be one which necessitated notification to the FBI. In summary, DOSM White provided the following information:

On May 15, 2008 and again on May 21, 2008, JEFF WILLIAMSON was alleged to have called from telephone numbers

DOSM White advised your affiant that on June 10, 2008, a male caller, identifying himself as JEFF WILLIAMSON, a.k.a. DJ BLAZE, had left two (2) threatening voice mail messages for USA Don DeGabrielle at telephone number extension 308. The aforementioned telephone number is assigned to a telephone that is located in AUSA Cynthia DeGabrielle's office at the United States Attorney's Office 910 Travis Street, Suite 1500, Houston, Texas. The caller identification feature on the aforementioned telephone at the USAO revealed the two (2) threatening voice mail messages and previous calls originated from a caller utilizing telephone number

A review of these recorded messages revealed the following statements made by the caller:

a) "The FBI would like me to get some gasoline cocktails and come down to the U.S. Attorneys Office and fucking throw a couple of them at the fucking front door."

b) "They want me to get a MAC 11 or a MAC 10 and come down there and fucking shoot the fucking office up."

3. Investigation by your affiant revealed telephone number

is subscribed to by the Houston Public Library,

2

located at                                                        Further

investigation resulted in the identification of a JEFF HENRY

WILLIAMSON (hereinafter referred to as WILLIAMSON), a white male,

born April 4, 1965, possessing a Nevada Identification Card bearing a

residence address of

Your affiant obtained a copy of WILLIAMSON's Nevada Identification

Card photograph and provided it to security personnel located at the

Houston Office of the FBI and the United States Attorney's Office.

    4.   On Wednesday June 11, 2008, at approximately 4:00 p.m.,

WILLIAMSON was located by your affiant at the Houston Public Library

                                                   WILLIAMSON was

specifically located on the third floor and operating a public access

computer.  Your affiant and Special Agent (SA) Sherri McCullers, FBI,

identified themselves by displaying their respective official agency

identifications to WILLIAMSON.  Your affiant informed WILLIAMSON that

the aforementioned law enforcement officers were present to interview

him regarding a series of telephone calls made to USA Don

DeGabrielle.  WILLIAMSON acknowledged to your affiant that he

(WILLIAMSON) was in fact the individual who made the aforementioned

calls to USA DeGabrielle and left voice mail messages for USA

DeGabrielle.  Your affiant specifically questioned WILLIAMSON

regarding a voice mail message he left for USA DeGabrielle wherein he

(WILLIAMSON) stated, "The FBI would like me to get some gasoline

cocktails and come down to the U.S. Attorneys Office and fucking

throw a couple of them at the fucking front door" and "They want me

3

to get a MAC 11 or a MAC 10 and come down there and fucking shoot the fucking office up." WILLIAMSON advised any statements he made were never meant to imply he would ever harm anyone. WILLIAMSON assured investigating agents he has no intentions of ever harming anyone.

5. Investigation by the Las Vegas Division of the FBI revealed that on or about February 29, 2008, several emails had been sent to the Public Access Center Unit, FBI Headquarters from JEFF WILLIAMSON and an IP Address was identified. In one of the emails, WILLIAMSON stated at the end of the email that if harassment against him did not cease, then he was going to kill agents, referring to FBI agents. Later investigation determined that these emails were sent from the Law Library located in the Washoe County Courthouse, 75 Court Street, Reno, Nevada. On that date, investigation was conducted which determined that WILLIAMSON was, in fact, at a computer utilized to send the above noted emails or complaints. In addition, WILLIAMSON was contacted and an interview was attempted. However, WILLIAMSON refused to provide any information.

6. On April 15, 2008, an arrest warrant, based upon a complaint, was issued by Reno Justice Court (RJC), Department 3, Reno, Nevada charging him with violation of NRS 207.180 - Sending/Delivering Threatening or Obscene Letters or Writings, a misdemeanor.

7. On April 16, 2008, Williamson was located at the Federal Courthouse, 400 South Virginia St., Reno, Nevada, and placed under

4

arrest by the USMS. He was thereafter transported to the Washoe County Detention Center, Reno, Nevada, by officers of the Reno Police Department where he was held on $635.00 bail.

8.    Williamson entered a pre-trial diversion agreement with the Washoe County District Attorney's Office, Reno, Nevada wherein he is to abstain from contact with a list of agencies, to include the FBI, for a 6 month period. If he complies with this condition, then the above noted charge will be dismissed. He was then released from Washoe County Detention Center, Reno, Nevada.

9.    On June 27, 2008, AUSA Jay Hileman provided your affiant with a copy of an internet transmission sent from email address djblazeblog@yahoo.com to Intelligence.HPSCI@mail.house.gov. A review of this message revealed the following verbatim statements made by the sender:

a)    "I have been contacting and filing complaints for about eight years."

b)    "Several officials are allowing this harassment, misconduct and abuse to continue even though after financial destruction"

c)    "Please advise FBI Director Mueller I will take justice into my own hands and blow the front of the J Edgar Hoover building off to get everyones attention - then the CIA HQ and DOJ"

d)    "Please read the Texas penal code-threats by justifiable force, a necessity since the DOJ wants to protect these criminals."

10.    On June 30, 2008, your affiant was advised by Laura Stevens, IT Specialist Supervisor, United States Attorney's Office,

5

Southern District of Texas, that email messages sent from anywhere in the United States are routed through a facility in Rockville, Maryland before being received at the USAO in Houston, Texas.

11.    Based on the foregoing, I believe there is probable cause to believe that JEFF HENRY WILLIAMSON transmitted in interstate commerce a communication containing a threat to injure the person of FBI Director Robert Mueller and FBI employees located at the J. Edgar Hoover building, Washington, DC, all in violation of Title 18, United States Code, Section 875 (c).

CHRISTOPHER PETROWSKI, Special Agent

FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me
this _1st_ day of _July_ , 2008.

UNITED STATES MAGISTRATE JUDGE

6